IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:08cv1311 (AJT/JFA) |
| ) | |
| MICROSEMI CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

Upon consideration of Defendant Microsemi Corporation's Motion to Dismiss for Improper Venue (Doc. 53), Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 54) or, in the alternative, Motion to Transfer Venue (Doc. 55), the memoranda and exhibits in support thereof, and plaintiff's opposition thereto, it is this 4th day of March 2009:

ORDERED that Defendant's Motion to Dismiss for Improper Venue be, and the same hereby is, DENIED; it is

FURTHER ORDERED that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction be, and the same hereby is, DENIED; it is

FURHTER ORDERED that Defendant's Motion to Transfer Venue be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that this case be, and the same hereby is, transferred to the Central District of California.

The Clerk is directed to send a copy of this Order to counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 4, 2009